IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

DIANNE WILLIS                                                                                     PLAINTIFF

vs.                                             Civil No. 1:12-cv-01020

CAROLYN W. COLVIN                                                                              DEFENDANT
Commissioner, Social Security Administration

## JUDGMENT

Now on this 9th day of April, 2013, comes for consideration the Report and Recommendation dated March 21, 2012 by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. (ECF No. 9). Fourteen days have passed without objections being filed by the parties. *See* 28 U.S.C. § 636(b)(1) (2009). The Court has reviewed this case, and being well and sufficiently advised, finds that the Report and Recommendation is proper and should be adopted in its entirety. Accordingly, the Court hereby adopts the Report and Recommendation, affirms the decision of the Administrative Law Judge, and dismisses Plaintiff's complaint with prejudice.

**IT IS SO ORDERED.**

/s/  Susan O. Hickey
Susan O. Hickey
United States District Judge